CAUSE NO.

| | | |
|---|---|---|
| HAROLD J. NORWOOD, JR. | § | IN THE COURT OF |
| | § | CRIMINAL APPEALS |
| -vs- | § | OF TEXAS |
| | § | |
| THE STATE OF TEXAS | § | |

**RECEIVED IN**
**COURT OF CRIMINAL APPEALS**

**DEC 11 2015**

Abel Acosta, Clerk

### MOTION FOR EXTENSION TO FILE
### PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE COURT OF CRIMINAL APPEALS:**

Comes now, Harold J. Norwood, Jr., appellant in the above styled cause, pro-se, and respectfully present this, 'Motion For Extension Of Time To File Petition For Discretionary Review', and in support, will show the following:

[1] Appellant was convicted for the offense of, **Murder**, in the **405TH** Criminal District Court of Galveston County, Texas, in cause No. 13-CR-1311.

[2] The First Court Of Appeals, affirmed the trial court's judgement on **November 10Th,2015**.

[3] Appellant is now seeking permission from this Honorable Court Of Criminal Appeals for a **sixty[60]** day extension to properly prepare his **Petition For Discretionary Review**, which will result in deadline being around about the **8Th** day of **February, 2016**.

**WHEREFORE, PREMISES CONSIDERED,** Appellant prays that this Honorable Court grants his Motion For Extension To File Petition For discretionary Review.

**FILED IN**
**COURT OF CRIMINAL APPEALS**

**DEC 11 2015**

Abel Acosta, Clerk

RESPECTFULLY SUBMITTED

HAROLD J. NORWOOD, JR.
TDCJ-ID# 1967016
POLUNSKY UNIT
3872 FM 350 SOUTH
LIVINGSTON, TEXAS 77351

-1-

## CERTIFICATE OF SERVICE

I, Harold J. Norwood, Jr., certify that a true and correct copy of this Motion For Extension was sent via U.S. Postal Service, addressed to The Attorney representing The state

Executed on this the ___2___ day of _Dec_ , 2015.

_Harold Norwood_

Harold J. Norwood, Jr.
TDCJ-ID# 1967016
POLUNSKY UNIT
3872 FM 350 SOUTH
LIVINGSTON, TEXAS 77351

-2-